# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES E. SMITH | CIVIL ACTION NO. 1:11-CV-0264 |
| Petitioner | (Judge Conner) |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA, WARDEN OF THE YORK COUNTY PRISON, and DAUPHIN COUNTY ADULT PROBATION AND PAROLE | |
| Respondents | |

## ORDER

AND NOW, this 11th day of February, 2011, upon consideration of the petition (Doc. 1) for writ of habeas corpus and stay of extradition pending hearing, and the motion (Doc. 3) for leave to proceed *in forma pauperis*, filed by petitioner Charles E. Smith ("Smith"), and following a telephonic hearing with the parties, in which the parties stated that they have resolved the matter concerning Smith's extradition it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus and stay of extradition is dismissed as MOOT.

2. In light of the preceding paragraph, the motion (Doc. 3) to proceed *in forma pauperis* is dismissed as MOOT.

3. The Clerk of Court is directed to CLOSE the above-captioned matter.

                                                  S/ Christopher C. Conner
                                                 CHRISTOPHER C. CONNER
                                                 United States District Judge